# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN KENT,<br><br>    Plaintiff,<br><br>v.<br><br>HCL TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C24-1332 MJP |

\_\_   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This matter is REMANDED to King County Superior Court for lack of subject matter jurisdiction.

Dated November 19, 2024.

                 Ravi Subramanian_____
                 Clerk of Court

                 s/ Kathleen Albert_____
                 Deputy Clerk